UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE KATZ, M.D., P.C
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

ADVANCED DIAGNOSTIC
SOLUTIONS LLC,

       Defendant.

Case No.  21-cv-7646

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The putative class claims are dismissed without prejudice.

Dated: February 9, 2022

PLAINTIFF BRUCE KATZ, M.D., P.C.,

By:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT ADVANCED DIAGNOSTIC
SOLUTIONS LLC,

Phillip C. Hamilton, Esq.
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
(212) 729-0952
PH@HamiltonClarkeLLP.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

/s/ *Anthony I. Paronich*
Anthony I. Paronich